JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM KISSAS p/k/a "WILL K",<br><br>Plaintiff,<br><br>v.<br><br>MACKENZIE JOHNSON p/k/a "MAKJ", an individual, TINASHE JORGENSEN KACHINGWE p/k/a "TINASHE", an individual, TINASHE MUSIC, INC., a California corporation,<br><br>Defendants. | Case No. 2:20-cv-04534<br>Judge: Hon. R. Gary Klausner<br><br>**[PROPOSED] ORDER RE: DISMISSAL OF DEFENDANTS TINASHE JORGENSEN KACHINGWE AND TINASHE MUSIC, INC. (AND DISMISSAL OF ENTIRE ACTION)**<br><br>Complaint Filed:  May 20, 2020<br>Trial Date:          August 24, 2021 |

1
[PROPOSED] ORDER RE: STIPULATION OF DISMISSAL

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Stipulation of the parties, and good cause being shown therefore, it is hereby ORDERED that, in light of Defendants Tinashe Jorgensen Kachingwe p/k/a "Tinashe" and Defendant Tinashe Music, Inc. (collectively the "Tinashe Defendants") agreeing to a complete settlement with Plaintiff, as discussed in the Mediation Report (Dckt. No. 68), the above-captioned action is DISMISSED WITH PREJUDICE as to the Tinashe Defendants, with all parties bearing their own costs, expenses, and attorneys' fees. In addition, given that no parties remain, the entire action is HEREBY ORDERED to be dismissed, with prejudice.

**IT IS SO ORDERED.**

Dated: July 2, 2021         By: _____
                                Hon. R. Gary Klausner
                                United States District Court